**Opinion issued September 13, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00768-CV

_____

## IN RE C.K. AND J.P., Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, C.K. and J.P., have filed a petition for a writ of mandamus, challenging the trial court's "Order for Protection of a Child in an Emergency" in the underlying proceeding.[1]

We deny the petition.

---

[1] The underlying case is *In the Interest Z. K.-P.*, Cause No. 18CP0137, in the 306th District Court of Galveston. Respondent in this Court is the Honorable Lonnie Cox.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.